**DISMISS; and Opinion Filed December 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00865-CV

### DEBRA EMUEDUE, Appellant
### V.
### CHRISTOPHER EMUEDUE, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-01570**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated August 13, 2014, we informed appellant that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, appellant has not provided the required documentation, nor has she otherwise corresponded with the Court regarding the status of the clerk's record or this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).



          /Carolyn Wright/
          CAROLYN WRIGHT
          CHIEF JUSTICE


140865F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DEBRA EMUEDUE, Appellant

No. 05-14-00865-CV        V.

CHRISTOPHER EMUEDUE, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-14-01570.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CHRISTOPHER EMUEDUE recover his costs of this appeal from appellant DEBRA EMUEDUE.

Judgment entered this 19th day of December, 2014.